UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN GRAHAM,<br><br>Plaintiff,<br><br> vs.<br><br><br>WERNER COMPANY, KELLER LADDER COMPANY and KELLER INDUSTRIES, INC.<br><br>Defendants. | **CIVIL ACTION CASE NO.**<br><br>**1:09-CV-0934-MHS** |

### DEFENDANT'S AMENDED INITIAL DISCLOSURES AND FED. R. CIV. P. 26(a)(2) EXPERT DISCLOSURES

COMES NOW Defendant pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, hereby amends its Initial Disclosures by designating JON B. VER HALEN as an expert who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Contemporaneously herewith, Defendant hereby serves all other counsel of record in this case with Mr. Ver Halen's written report disclosing all information required to be disclosed by Rule 26(a)(2) with regard to Mr. Ver Halen's expected testimony, provided that Defendant reserves the right to amend such report and the disclosures contained therein as permitted by Rule 26(a)(2). Defendant also serves all other counsel of

record in this case with copies of Mr. Ver Halen's Curriculum Vitae and a list of Mr. Ver Halen's prior testimony.

This 12th day of April, 2010.

                        **HAWKINS & PARNELL, LLP**

                        /s/ Jennifer A. Mills
                        Alan F. Herman
                        Georgia State Bar No. 348350
                        Jennifer A. Mills
                        Georgia State Bar No. 142553
                        4000 SunTrust Plaza
                        303 Peachtree Street, N.E.
                        Atlanta, Georgia 30308-3243
                        P: (404) 614-7400
                        F: (404) 614-7500

                        Paul V. Kaulas
                        *Admitted Pro Hac Vice*
                        McVey & Parsky
                        30 N. LaSalle Street
                        Suite 2100
                        Chicago, IL 60602

                        *Attorneys for Defendant*
                        *WERNER CO. (D.E.), improperly*
                        *named in the Complaint as Werner*
                        *Company*

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN GRAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>WERNER COMPANY, KELLER LADDER COMPANY and KELLER INDUSTRIES, INC.<br><br>Defendants. | **CIVIL ACTION CASE NO.**<br><br>**1:09-CV-0934-MHS** |

## CERTIFICATE OF SERVICE

This is to hereby certify that I have this day caused a true and correct copy of the foregoing **DEFENDANT'S AMENDED INITIAL DISCLOSURES AND FED. R. CIV. P. 26(a)(2) EXPERT DISCLOSURES** to be served on the opposing party electronically and by depositing same in the United States mail with adequate postage affixed to ensure delivery, addressed as follows:

Roger W. Orlando, Esq.
The Orlando Firm, P.C.
315 West Ponce de Leon Avenue – Suite 400
Decatur, GA  30030

Paul Kaulas, Esq.
McVey & Parsky, LLC
30 N. LaSalle Street – Suite 2100
Chicago, IL  60602

This 12th day of April, 2010.

**HAWKINS & PARNELL, LLP**


<u>/s/ Jennifer A. Mills</u>
Alan F. Herman
Georgia State Bar No. 348350
Jennifer A. Mills
Georgia State Bar No. 142553
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
P: (404) 614-7400
F: (404) 614-7500

*Attorneys for Defendant
WERNER CO. (D.E.), improperly
named in the Complaint as Werner
Company*

10527698v.1